No. 14,233.

City of New Orleans vs. Sam Wah.

APPEAL from the Second Recorder's Court, City of New Orleans— *Marmouget, J.*

*Joseph E. Generelly,* for Plaintiff, Appellee.

*Lionel Adams,* for Defendant, Appellant.

The opinion of the court was delivered by

Blanchard, J. This case is identical with that of City of New Orleans vs. Hop Lee, 104 La. Ann., 601, and for the reasons assigned in the opinion of the court in the latter case, the judgment appealed from is affirmed.